STATE COURT RECORD
11cv5505 (JS)

DOCUMENTS RECEIVED FROM:

    Judith Pasquale
    Suffolk County Clerk
    310 Center Drive
    Riverhead, NY 11901-3392

DOCUMENTS RECEIVED:

1. Application for Index Number
2. Summons
3. Verified Complaint
5. Motion to Compel
4. Short Form Order 11/15/11
6 Notice of Removal
7 Request for Judicial Intervention
8 Request for Judicial Intervention
9. Affirmation in Opposition by Arnab Bhukta attorney for plaintiff